UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUPI EDWARDS, et al., | No. CV 13-201-ABC (PLA) |
| Plaintiffs, | **ORDER ADOPTING MAGISTRATE JUDGE'S SECOND REPORT AND RECOMMENDATION** |
| v. | |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's second report and recommendation, and the objections to the second report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The second report and recommendation is adopted.

2. Defendants' Motions to Dismiss are granted, as plaintiffs lack standing.

3. Defendants' Motion for an Order Declaring Lupi Edwards a Vexatious Litigant is denied without prejudice.

   4.   Judgment shall be entered consistent with this order.

   5.   The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: July 9, 2013

_____
HONORABLE AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

2