# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LUPI EDWARDS, et al., | No. CV 13-201-ABC (PLA) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

Pursuant to the order adopting second report and recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed for lack of standing.

DATED: July 9, 2013

_____
HONORABLE AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE